THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH SONSKY, Appellant.

Argued October 15, 1942; decided December 3, 1942.

*Abraham J. Gellinoff, Alexander I. Rorke* and *Daniel S. Weiss* for appellant.

*Frank S. Hogan,* District Attorney (*Stanley H. Fuld* and *Harris B. Steinberg* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.